# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VACCARO, individually and on behalf of all others similarly situated, <br><br>Plaintiff, <br><br>vs. <br><br>MIDLAND CREDIT MANAGEMENT, INC., <br><br>Defendant. | Case No. LA CV17-00193 JAK (SKx) <br><br>**ORDER RE STIPULATION TO DISMISS CASE** |

1 | IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, the Court **GRANTS** the Stipulation. This matter is dismissed in its entirety, with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: November 29, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE